**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NUMBER: 24-60336 |
| ERIC RAYSHAN FAIR, ) | |
| ) | Chapter 7 |
| Debtor, ) | |
| _____ ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE DEBTOR, ITS ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE Pursuant to Bankruptcy Rule 9010(b), Jordan P. Aldridge, Esq. with the law firm King, Yaklin & Wilkins, LLP hereby enters his appearance in these proceedings on behalf of Creditors Jay Patel and Tina Gupta Patel. The Clerk and all counsel of record are requested that all notices given or required to be given in the above-referenced case (including, without limitation, all papers filed and served and all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors who file with the court their request that all notices be mailed to them) be given to and served upon the Firm at the following address:

Jordan P. Aldridge
Georgia Bar No.: 402062
192 Anderson Street, Suite 125
Marietta, Georgia 30060
(770) 424-9235
jaldridge@kingyaklin.com

Notice is further given that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise that affect the above-captioned debtor or the property of such debtor or the debtor's estate.

This 1st day of November, 2024.

                              **KING, YAKLIN, WILKINS, LLP**
                              *Attorneys for Jay and Tina Patel*

                              /s/ Jordan P. Aldridge
                              Jordan P. Aldridge
                              Georgia Bar No.: 402062

192 Anderson Street, Suite 125
Marietta, Georgia 30060
(770) 424-9235
jaldridge@kingyaklin.com

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NUMBER: 24-60336 |
| ERIC RAYSHAN FAIR, ) | |
| ) | Chapter 7 |
| Debtor, ) | |
| ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served upon all interested parties in the above-styled action a copy of the foregoing Notice of Appearance, using the Court's Electronic Case Filing program, which will send a notice of this document and accompanying link to the document to all the counsel of record who have appeared in this Estate under the Bankruptcy Court's Electronic Case Filing Program.

This 1st day of November, 2024.

**KING, YAKLIN, WILKINS, LLP**
*Attorneys for Jay and Tina Patel*

/s/ Jordan P. Aldridge
Jordan P. Aldridge
Georgia Bar No.: 402062

192 Anderson Street, Suite 125
Marietta, Georgia 30060
(770) 424-9235
jaldridge@kingyaklin.com